# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT BATES** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 22-774** |
| | : | |
| **COMCAST CORPORATION, et al.** | : | |

## ORDER

This 15th day of August, 2023, for the reasons in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion to Vacate, ECF 10, is **DENIED**.

                                        /s/ Gerald Austin McHugh
                                        United States District Judge